John A. WEST et al., Appellants and Cross-Appellees,

v.

Ralph E. PAYNE et al., Appellees and Cross-Appellants.

Court of Appeals of Kentucky.

June 28, 1974.

W & B COAL COMPANY et al., Appellants,

v.

Virgil WICKER et al., Appellees.

Court of Appeals of Kentucky.

June 28, 1974.

William O. Bertelsman, Bertelsman & Bertelsman, Newport, for appellants.

R. Barry Wehrman, Wehrman & Wehrman, Covington, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Reversing on Direct Appeal; Affirming on Cross-Appeal.*

Fred G. Francis, Francis & Kazee, Prestonsburg, for appellants.

Cordell H. Martin, John Chris Cornett, Hindman, Arthur R. Samuel, Dept. of Labor, Frankfort, for appellees.

Memorandum opinion of the Court by Commissioner CATINNA, Reversing.*

* Opinion ordered not to be published.